IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES D. SCHAEFFER                                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION NO.: 5:14cv110-KS-MTP

WARREN COUNTY, MISSISSIPPI, *et al.*                                                   DEFENDANTS

ORDER TO SHOW CAUSE

      THIS MATTER is before the court *sua sponte* for case management purposes. The defendants in this case include Warren County, Mississippi and the Warren County Board of Supervisers. Plaintiff alleges that his employment was terminated by defendants and he asserts claims of age discrimination and retaliation. Plaintiff resides in Warren County and defendants are Warren County defendants. Warren County, Mississippi is located in the Northern Division of this Court and the complaint does not appear to state any apparent basis for this case to remain in the Western Division.

      IT IS, THEREFORE, ORDERED that the plaintiff shall show cause on or before December 19, 2014, why this matter should not be transferred to the Northern Division of this Court.

      SO ORDERED on November 25, 2014.

                                                                s/ Michael T. Parker
                                                               United States Magistrate Judge