IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JAMES D. SCHAEFFER**                                                **PLAINTIFF**

v.                                              **CIVIL ACTION NO. 5:14-CV-110 KS-MTP**

**WARREN COUNTY, MISSISSIPPPI AND**
**WARREN COUNTY BOARD OF SUPERVISORS**                **DEFENDANTS**

**PLAINTIFF RESPONSE TO SHOW CAUSE ORDER**

COMES NOW, Plaintiff and responds to this Court's November 25, 2014 Show Cause Order as follows:

1. This case originates from Warren County, Mississippi.  Plaintiff resides in Warren County and Defendants are Warren County Defendants.

2. This case was mistakenly filed in the Western Division based upon the previous alignment of the Western Division.

3. Warren County is now a part of the Northern Division.

4. As such, this matter should be transferred to the Northern Division of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff submits that this matter should be transferred to the Northern Division.

                                                           s/Louis H. Watson, Jr.
                                                           Louis H. Watson, Jr.  (MB# 9053)
                                                           Nick Norris (MB# 101574)
                                                           Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216-4972
Telephone: (601) 968-0000

Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
Web:  www.watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record:

SO CERTIFIED, this the 9th day of December2014.

s/Louis H. Watson, Jr.
LOUIS H. WATSON, JR.