IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



JAMES D. SCHAEFFER                                                           PLAINTIFF

v.                                              CIVIL ACTION NO. 3:14-CV-945 DPJ-FKB

WARREN COUNTY, MISSISSIPPI AND

WARREN COUNTY BOARD OF SUPERVISORS                          DEFENDANTS

## VERDICT FORM

Consistent with all instructions you have been given, please answer the following questions:

1. Has Plaintiff James D. Schaeffer proved that Defendants Warren County, Mississippi, and the Warrant County Board of Supervisors terminated his employment in retaliation for complaining about being owed overtime under the Fair Labor Standards Act?

    __X__ yes  ____ no

    (IF YOU ANSWERED "YES" TO QUESTION 1 PROCEED TO QUESTION 2. IF YOU ANSWERED "NO" TO QUESTION 1 YOUR DELIBERATIONS ARE COMPLETE AND YOUR VERDICT IS FOR DEFENDANTS.)

2. Have Defendants Warren County, Mississippi, and the Warren County Board of Supervisors proved that Plaintiff James D. Schaeffer failed to mitigate his damages?

    ____ yes  __X__ no

    (IF YOU ANSWERED "NO" TO QUESTION 2 PROCEED TO QUESTION 3. IF YOU ANSWERED "YES" TO QUESTION 2, PROCEED TO QUESTION 3, BUT YOU MUST AWARD $0 FOR "BACK PAY AND BENEFITS.")

3. Specify the amount of actual damages (if any) that Plaintiff James D. Schaeffer is entitled to receive from Defendants. If you believe Plaintiff is entitled to nominal damages only, you should place a zero next to the two categories of damages and mark the box for nominal damages.

    Back pay and benefits                          $114,847.53

    Emotional Distress                             0

Nominal Damages ($1)                                          _____

This the 18 day of January, 2017