IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES D. SCHAEFFER**                                                                      **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:14cv00945-DPJ-FKB**

**WARREN COUNTY, MISSISSIPPI
AND THE WARREN COUNTY BOARD OF SUPERVISORS**      **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

1. Order denying and granting Motions for New Trial, Reconsideration, Liquidated Damages, Reinstatement, and Attorney Fees (signed by Chief Judge Daniel Jordan III– CIVIL DOCKET DOCUMENT NO. 84)

2. Order denying and granting Motion for Judgment as a Matter of Law and/or New Trial or Remittitur (signed by Chief Judge Daniel Jordan III – CIVIL DOCKET DOCUMENT NO. 66)

This, the 27th day of December 2017.

                                             Respectfully submitted,

                                             PLAINTIFF

                                             By: /s Nick Norris
                                                  LOUIS H. WATSON, JR.   (MB# 9053)
                                                  NICK NORRIS (MB # 101574)
                                                  Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive
Suite G
Jackson, Mississippi 39216
Phone: (601) 968-0000
Fax: (601) 968-0010
nick@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served, via ECF, a true and correct copy of the above and foregoing document to all counsel of record:

SO CERTIFIED, this the 27th day of December, 2017.

/s Nick Norris
NICK NORRIS

#