IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-60857

D.C. Docket No. 3:14-CV-945

United States Court of Appeals
Fifth Circuit
**FILED**
December 7, 2018
Lyle W. Cayce
Clerk

JAMES D. SCHAEFFER,

    Plaintiff - Appellant Cross-Appellee

v.

WARREN COUNTY, MISSISSIPPI; WARREN COUNTY BOARD OF SUPERVISORS,

    Defendants - Appellees Cross-Appellants

Appeals from the United States District Court for the
Southern District of Mississippi

Before SMITH, BARKSDALE, and HO, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff appellant cross-appellee pay to defendants - appellees cross-appellants the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jan 23, 2019

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit